ADT Security Service
13 Monument Circle
Indianapolis, IN 46204

A-Mass Towing
1810 S. Meridian St.
Indianapolis, IN 46225

American Leak Detection
6475 Ruby St.
Indianapolis, IN46236

Apartments Guide
3585 Engineering Dr., Ste. 100
Norcross, GA 30092

Apartments to Rent
175 W. Jackson, 8th Floor
Chicago, IL 60604

Apco, Inc.
c/o Marshall W. Grate, Esq.
200 Ottawa Ave. NW, Ste. 500
Grand Rapids, MI 49503

ARS Plumbing
25 Woodrow Ave.
Indianapolis, IN 46241

ASG Signs
3747 S. Meridian St.
Indianapolis, IN 46217

AT&T
208 S. Akard St.
Dallas, TX 75202

AT&T Midwest
555 St. Charles Dr., Ste. 100
Thousand Oaks, CA 91360

At&T Midwest
220 N. Meridian St.
Indianapolis, IN 46204

August & Associates
c/o Natalie R. Dickey, Esq.
5144 E. Stop 11 Rd., Ste. 20
Indianapolis, IN 46237

Axel's Landscaping
6153 Tybalt Cir.
Indianapolis, IN 46254

Bowman Brothers, Inc.
c/o Scott A. Benkie, Esq.
47 S. Meridian St., Ste. 305
Indianapolis, IN 46204

Complete Restoration
c/o Jennifer C. Hughes, Esq.
10765 Lantern Rd., Ste. 201
Fishers, IN 46038

Dolphin Capital Corp.
1720A Crete St.
Moberly, MO 65270

El Coyote
10130 Yosemite Ln.
Indianapolis, IN 46234

FAST Ads
5701 Elmwood Ave., Ste. F
Indianapolis, IN 46203

Frye Electric, Inc.
c/o Michael Einterz, Esq.
5455 W. 86th St., Ste 215
Indianapolis, IN 46268

Gold Seal
4212 N. College Ave.
Indianapolis, IN 46205

Gordon Plumbing
8711 Castle Park Dr.
Indianapolis, IN 46256

Great American Property Mgt. Produc
6701 Concord Park Dr.
Houston, TX 77040

HD Supply Facilities Maintenance
c/o Christine Hickey, Esq.
342 Massachusetts Ave., Ste. 500
Indianapolis, IN 46204

Hulsey Drain
c/o Laura B. Conway, Esq.
151 N. Delaware St., Ste. 1900
Indianapolis, IN 46204

Indianapolis Power & Light
One Monument Circle
Indianapolis, IN 46204

Indianapolis Water
1220 Waterway Blvd.
Indianapolis, IN 46202

Just Drains
4822 W. 34th St.
Indianapolis, IN 46224

```
Klean Restorations
2176 N. Meridian St.
Indianapolis, IN 46202

La Ley 1590
3745 W. Washington St., Ste. 6
Indianapolis, IN 46241

La Voz De Indiana
2911 W. Washington St.
Indianapolis, IN 46222

Marsh Transfer, Inc.
c/o Clifford T. Rubenstein, Esq.
11150 N. Meridian St., Ste. 115
Carmel, IN 46032

MJ's Glass
2616 E. Fairfax Rd.
Indianapolis, IN 46227

MSH
12315 Parc Crest Dr., #100
Stafford, TX 77477

Multiservico Mexico
4215 W. 86th St., Ste. C-D
Indianapolis, IN 46268

NetLink
3755 E. 82nd St., Ste. 120
Indianapolis, IN 46240

NTN-Indiana
7202 N. Shadeland Ave, Ste. 20
Indianapolis, IN 46250
```

One Way of Michigan
5911 Middlebelt Rd.
Garden City, MI 48135

Peters & Steele, LLC
8902B Otis Ave.
Indianapolis, IN 46216

PIP Printing #1
7210 Zionsville Rd.
Indianapolis, IN 46268

PIP Printing #2
6330 E. 75th St., Ste. 138
Indianapolis, IN 46250

Planet Telecom
2421 Production Dr., Ste. 109
Indianapolis, IN 46241

PPG
5500 Corporate Way, Ste. 500
Pittsburgh, PA 15237

Quill
4836 Brecksville Rd.
Richfield, OH 44286

Republic Services
832 Langsdale Ave.
Indianapolis, IN 46202

Rivas Painting
3418 W. 17th St.
Indianapolis, IN 46222

Roosa Carpet Care
c/o Laura B. Conway, Esq.
151 N. Delaware St., Ste.1900
Indianapolis, IN 46204

Sears Commercial
4300 Westown Pkwy. W.
Des Moines, IA 50266

Sierra Carpet Cleaning
1762 E. 90th Place, Apt. B
Indianapolis, IN 46240

The Blakely Corporation
c/o Jeffrey Doty, Esq.
5321 N. College Ave.
Indianapolis, IN 46220

The Carpetbaggers, Inc.
c/o Russell L. Brown, Esq.
320 N. Meridian St., Ste. 1100
Indianapolis, IN 46204

The Garden Center
3205 W. 71st St.
Indianapolis, IN 46268

Tiffany Lawn
4931 Robison Rd.
Indianapolis, IN 46268

U.S. Bank, N.A.
c/o Mary Slade, Esq.
300 N. Meridian St., Ste. 990
Indianapolis, IN 46204

WEDJ-FM
1800 N. Meridian St., Ste. 603
Indianapolis, IN 46202

```
Welcome Home America
19405 Helenbirg Rd., Ste. 104
Covington, LA 70433

Wilmar
801 W. Bay St.
Jacksonville, FL 32204

X-Link, Inc.
11903 E. Welland St., Ste. H
Indianapolis, IN 46229

ZEP Sales and Service
c/o Jennifer L. Graham, Esq.
1111 E. 54th St., Ste. 100B
Indianapolis, IN 46220
```

| United States Bankruptcy Court<br>Southern District of Indiana<br>Indianapolis Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MREF III Property II, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **26-4369728** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7701 Forsyth Boulevard**<br>**Suite 900**<br>**Saint Louis, MO**  ZIP CODE **63105** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2100 Westlane Road, Indianapolis, IN**   ZIP CODE **46260** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **MREF III Property II, L.L.C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X  Not Applicable** <br>      Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MREF III Property II, L.L.C.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/Deborah J. Caruso**<br>Signature of Attorney for Debtor(s)<br><br>**Deborah J. Caruso  Bar No.  #4273-49**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Dale & Eke, PC**<br>Firm Name<br><br>**9100 Keystone Crossing Suite 400**<br>Address<br><br>**Indianapolis, IN 46240**<br><br>**317-844-7400**          **317-574-9426**<br>Telephone Number<br><br>**10/21/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Abraham Vaknin**<br>Signature of Authorized Individual<br><br>**Abraham Vaknin**<br>Printed Name of Authorized Individual<br><br>**Manager, Creekwood Apartments Management**<br>Title of Authorized Individual<br><br>**10/21/2010**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana
### Indianapolis Division

In re **MREF III Property II, L.L.C.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Welcome Home America**<br>19405 Helenberg Rd., Ste. 104<br>Covington, LA 70433 | | | | $389.19 |
| **WEDJ-FM**<br>1800 N. Meridian St., Ste. 603<br>Indianapolis, IN 46202 | | | | $1,750.00 |
| **NetLink**<br>3755 E. 82nd St., Ste. 120<br>Indianapolis, IN 46240 | | | | $369.95 |
| **Planet Telecom**<br>2421 Production Dr., Ste. 109<br>Indianapolis, IN 46241 | | | | $82.00 |
| **AT&T Midwest**<br>555 St. Charles Dr., Ste. 100<br>Thousand Oaks, CA 91360 | | | | $193.44 |
| **FAST Ads**<br>5701 Elmwood Ave., Ste. F<br>Indianapolis, IN 46203 | | | | $234.13 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **MREF III Property II, L.L.C.** ,  Case No. _____
                    Debtor                     Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Multiservico Mexico**<br>4215 W. 86th St., Ste. C-D<br>Indianapolis, IN 46268 | | | | $240.00 |
| **A-Mass Towing**<br>1810 S. Meridian St.<br>Indianapolis, IN 46225 | | | | $315.00 |
| **Just Drains**<br>4822 W. 34th St.<br>Indianapolis, IN 46224 | | | | $320.00 |
| **PIP Printing #2**<br>6330 E. 75th St., Ste. 138<br>Indianapolis, IN 46250 | | | | $331.45 |
| **Gordon Plumbing**<br>8711 Castle Park Dr.<br>Indianapolis, IN 46256 | | | | $1,573.29 |
| **Quill**<br>4836 Brecksville Rd.<br>Richfield, OH 44286 | | | | $369.90 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **MREF III Property II, L.L.C.**, Debtor

Case No. _____
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Tiffany Lawn**<br>4931 Robison Rd.<br>Indianapolis, IN 46268 | | | | $398.92 |
| **Great American Property Mgt. Products**<br>6701 Concord Park Dr.<br>Houston, TX 77040 | | | | $581.25 |
| **La Voz De Indiana**<br>2911 W. Washington St.<br>Indianapolis, IN 46222 | | | | $400.00 |
| **American Leak Detection**<br>6475 Ruby St.<br>Indianapolis, IN46236 | | | | $465.00 |
| **AT&T**<br>208 S. Akard St.<br>Dallas, TX 75202 | | | | $1,294.56 |
| **PIP Printing #1**<br>7210 Zionsville Rd.<br>Indianapolis, IN 46268 | | | | $688.75 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MREF III Property II, L.L.C.**,
                Debtor

Case No. _____
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Sierra Carpet Cleaning**<br>**1762 E. 90th Place, Apt. B**<br>**Indianapolis, IN 46240** | | | | **$795.00** |
| **ARS Plumbing**<br>**25 Woodrow Ave.**<br>**Indianapolis, IN 46241** | | | | **$1.200.00** |
| **ADT Security Service**<br>**13 Monument Circle**<br>**Indianapolis, IN 46204** | | | | **$1,443.66** |
| **Dolphin Capital Corp.**<br>**1720A Crete St.**<br>**Moberly, MO 65270** | | | | **$1,471.94** |
| **Indianapolis Water**<br>**1220 Waterway Blvd.**<br>**Indianapolis, IN 46202** | | | | **$234,000.00** |
| **Klean Restorations**<br>**2176 N. Meridian St.**<br>**Indianapolis, IN 46202** | | | | **$14,434.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **MREF III Property II, L.L.C.**                              , Case No. _____
                              Debtor                                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Axel's Landscaping**<br>**6153 Tybalt Cir.**<br>**Indianapolis, IN 46254** | | | | **$12,540.00** |
| **Gold Seal**<br>**4212 N. College Ave.**<br>**Indianapolis, IN 46205** | | | | **$11.787.68** |
| **Republic Services**<br>**832 Langsdale Ave.**<br>**Indianapolis, IN 46202** | | | | **$11,077.80** |
| **MJ's Glass**<br>**2616 E. Fairfax Rd.**<br>**Indianapolis, IN 46227** | | | | **$8.358.46** |
| **Indianapolis Power & Light**<br>**One Monument Circle**<br>**Indianapolis, IN 46204** | | | | **$7,745.10** |
| **Sears Commercial**<br>**4300 Westown Pkwy. W.**<br>**Des Moines, IA 50266** | | | | **$7,270.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **MREF III Property II, L.L.C.**  ,          Case No. _____
                          Debtor                                    Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Apartments Guide**<br>3585 Engineering Dr., Ste. 100<br>Norcross, GA 30092 | | | | $7,225.23 |
| **Apartments to Rent**<br>175 W. Jackson, 8th Floor<br>Chicago, IL 60604 | | | | $5.990.31 |
| **Rivas Painting**<br>3418 W. 17th St.<br>Indianapolis, IN 46222 | | | | $3,400.00 |
| **Wilmar**<br>801 W. Bay St.<br>Jacksonville, FL 32204 | | | | $2,975.32 |
| **El Coyote**<br>10130 Yosemite Ln.<br>Indianapolis, IN 46234 | | | | $2,955.00 |
| **La Ley 1590**<br>3745 W. Washington St., Ste. 6<br>Indianapolis, IN 46241 | | | | $2,750.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MREF III Property II, L.L.C.**, Case No. _____
          Debtor                                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **PPG**<br>5500 Corporate Way, Ste. 500<br>Pittsburgh, PA 15237 | | | | $2,686.18 |
| **One Way of Michigan**<br>5911 Middlebelt Rd.<br>Garden City, MI 48135 | | | | $2,480.00 |
| **The Garden Center**<br>3205 W. 71st St.<br>Indianapolis, IN 46268 | | | | $2,249.87 |
| **MSH**<br>12315 Parc Crest Dr., #100<br>Stafford, TX 77477 | | | | $2,110.55 |
| **ASG Signs**<br>3747 S. Meridian St.<br>Indianapolis, IN 46217 | | | | $2,029.26 |
| **NTN-Indiana**<br>7202 N. Shadeland Ave, Ste. 20<br>Indianapolis, IN 46250 | | | | $1,882.46 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **MREF III Property II, L.L.C.** , Case No. _____
  Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Abraham Vaknin, Manager, Creekwood Apartments Management of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/21/2010**    Signature: **/s/ Abraham Vaknin**

**Abraham Vaknin ,Manager, Creekwood Apartments Management**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.