**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Petition No.: 10-16001-BHL-11 |
| MREF III Property II, L.L.C., ) | |
| Debtor, ) | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset Management LLC, acting solely in its capacity as Special Servicer, a creditor and party-in-interest herein, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Mary A. Slade
Attorney No. 15897-49B
PLUNKETT COONEY
300 N. Meridian St., Suite 990
Indianapolis, IN 46204
Telephone: (317) 964-2735
Facsimile: (317) 964-2744
Email: mslade@plunkettcooney.com

Please take further notice that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, schedule, statement, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Mary A. Slade |
|  | Mary A. Slade, 15891-49B |
|  | PLUNKETT COONEY |
|  | 300 N. Meridian St., Suite 990 |
|  | Indianapolis, IN 46204 |
|  | Telephone: (317) 964-2735 |
|  | Facsimile: (317) 964-2744 |
| Dated: October 25, 2010 | Email: mslade@plunkettcooney.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010, a true and complete copy of this document was served by the Court's electronic filing system to the following parties or counsel of record, as well as any other parties or counsel of record in this matter:

Deborah Caruso, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: dcaruso@daleeke.com

Erick P. Knoblock, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: eknoblock@daleeke.com;

U.S. Trustee, Office of the United States Trustee, 101 West Ohio St., Suite 1000,
Indianapolis, IN 46204,
Email: ustpregion10.in.ecf@usdoj.gov

Jeannette Eisan Hinshaw, Office of the U.S. Trustee, 101 West Ohio St., Suite 1000,
Indianapolis, IN 46204,
Email: jeannette.hinshaw@usdoj.gov

I hereby certify that on October 25, 2010, a true and complete copy of this document was served by U.S. First Class Mail, postage prepaid, upon the following parties or counsel of record:

U.S. Trustee, Office of the United States Trustee, 101 West Ohio St., Suite 1000,
Indianapolis, IN 46204,
Email: ustpregion10.in.ecf@usdoj.gov

Jeannette Eisan Hinshaw, Office of the U.S. Trustee, 101 West Ohio St., Suite 1000, Indianapolis, IN 46204,
Email: jeannette.hinshaw@usdoj.gov

/s/ Mary A. Slade
Mary A. Slade, 15891-49B
PLUNKETT COONEY
300 N. Meridian St., Suite 990
Indianapolis, IN 46204
Telephone: (317) 964-2735
Facsimile: (317) 964-2744
Email: mslade@plunkettcooney.com

Open.18766.01046.10380478-1