# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MREF III PROPERTY II, L.L.C. | | |
| **Case Number:** | 10-16001-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 27, 2010 10:00 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | RHONDA ANDIS | | |
| **Reporter / ECR:** | N/A | | |

## *Matters:*

1)  Telephonic Hearing Re:    Motion for Use of Cash Collateral (First Day Motion for Interim Order Authorizing Debtor-in-Possession to Use Cash Collateral) filed by Deborah Caruso on behalf of Debtor MREF III Property II, L.L.C. [9]  with a  Response in Opposition to Motion for Use of Cash Collateral filed by Mary Alice Slade on behalf of Creditor U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset  [16]
   **R / M #:**    0 /  20

2)  Telephonic Hearing Re:    Motion to Pay Pre-Petition Employee Wage Claims(First Day Motion Requesting Authority to Pay Employee Compensation) filed by Deborah Caruso on behalf of Debtor MREF III Property II, L.L.C  [10]  with a Response in Opposition to Motion to Pay Pre-Petition Employee Wage Claims filed by Mary Alice Slade on behalf of Creditor U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset  [17]
   **R / M #:**    0 /  20

3)  Telephonic Hearing Re:    Motion to Pay Pre-Petition Trust Fund Taxes(First Day Motion Requesting Authority to Pay Pre-Petition Trust Fund Taxes) filed by Deborah Caruso on behalf of Debtor MREF III Property II, L.L.C.  [11]  with a Reply to Motion to Pay Pre-Petition Trust Fund Taxes filed by Mary Alice Slade on behalf of Creditor U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset  [18]
   **R / M #:**    0 /  20

4)  Telephonic Hearing Re:  Motion to Provide Adequate Assurance to Utilities (First Day Motion for Order (A) Deeming Utilities Adequately Assured of Future Performance and (B) Establishing Procedure for Determining Adequate Assurances) filed by Deborah Caruso on behalf of Debtor MREF III Property II, L.L.C  [12]  with a Reply to Motion to Provide Adequate Assurance to Utilities filed by Mary Alice Slade on behalf of Creditor U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset  [19]
   **R / M #:**    0 /  20

## *Appearances:*

DEBORAH CARUSO ATTORNEY FOR MREF III PROPERTY II, L.L.C.
ERICK P KNOBLOCK, ATTORNEY FOR MREF III PROPERTY II, L.L.C.
MARY ALICE SLADE, ATTORNEY FOR U.S. BANK, N.A., AS TRUSTEE FOR THE REGI
DAVID LERNER, ATTORNEY FOR U.S. BANK, N.A., AS TRUSTEE FOR THE REGI
DOUGLAS CRAWFORD, ATTORNEY FOR BOWMAN
LOUIE GARCIA,  REPRESENTATIVE FOR CLEAN RESTORATION (creditor)

## *Proceedings:*

**Amended Minute Entry
*Disposition: Hearings held.
1)    Interim order to be submitted, contested hearing to be held on 11/5/10 @ 1:30 p.m. (Eastern) in New Albany.
2-4) Orders to be submitted per court's directives

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**