UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
 ) Petition No.: 10-16001-BHL-11
MREF III Property II, L.L.C., )
 Debtor, ) Chapter 11

**APPLICATION FOR LEAVE TO APPEAR *PRO HAC VICE*
PURSUANT TO S.D. IND.L.R.83.5(C)**

Pursuant to Local Rule 83.5(c) of the Local Rules of the United States District Court for the Southern District of Indiana and Local Rule B-9010-2 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, the undersigned moves for the admission *Pro Hac Vice* of David A. Lerner with the law firm of Plunkett Cooney, 38505 Woodward Ave., Suite 2000, Bloomfield Hills, MI 48226 to represent Creditor and party at interest, U.S. Bank, N.A., as Trustee for the registered holders of Countrywide Commercial Mortgage Trust 2007-MF1, Commercial Mortgage Pass-Through Certificates, Series 2007-MF1, by and through CWCapital Asset Management LLC, acting solely in its capacity as Special Servicer ("US Bank"), in the above-styled cause only as counsel with the undersigned counsel. In support of this application, the undersigned shows the Court as follows:

1. Mr. Lerner is admitted to practice in the States of New York, Texas and Michigan, the United States District Courts for the Eastern and Western Districts of Michigan, the United States Court of Appeals for the Tenth Circuit, and the United States Court of Appeals for the Sixth Circuit. Attached as Exhibit A is David Lerner's Certificate of Good Standing.

2. Mr. Lerner has never been suspended or subject to other disciplinary action with respect to his practice.

3. US Bank will continue to be represented in this matter by the undersigned who will act as counsel with Mr. Lerner.

4. Mr. Lerner has agreed to abide by the Local Rules of the U.S. District Court for the Southern District of Indiana, including Appendix V, Standards for Professional Conduct within the Seventh Federal Judicial Circuit, the Local Rules of the U.S. District Bankruptcy Court for the Southern District of Indiana, and to do all other acts necessary to comply with this District Court Rules.

5. Mr. Lerner agrees to pay the local fee of $30.00 for admission *pro hac vice*.

**WHEREFORE**, the undersigned respectfully requests that the Court admit David A. Lerner to the bar of this Court, *Pro Hac Vice*, to act as counsel for US Bank in this matter with the undersigned, and for all other just and proper relief in the premises.

Respectfully submitted

PLUNKETT COONEY

*/s/ Mary A. Slade*
Mary A. Slade
#15891-49B
300 N. Meridian St., Suite 990
Indianapolis, IN 46204
Telephone: (317) 964-2735
Facsimile: (317) 964-2744
Email: mslade@plunkettcooney.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, a true and complete copy of this document was served by the Court's by U.S. Mail First Class postage prepaid on the following counsel of record in this matter:

Deborah Caruso, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: dcaruso@daleeke.com

Erick P. Knoblock, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: eknoblock@daleeke.com;

U.S. Trustee, Office of the United States Trustee, 101 West Ohio St., Suite 1000, Indianapolis, IN 46204,
Email: ustpregion10.in.ecf@usdoj.gov

Jeannette Eisan Hinshaw, Office of the U.S. Trustee, 101 West Ohio St., Suite 1000, Indianapolis, IN 46204,
Email: jeannette.hinshaw@usdoj.gov

*Mary A. Slade*
Mary A. Slade
PLUNKETT COONEY
300 N. Meridian St., Suite 990
Indianapolis, IN 46204
Telephone: (317) 964-2735
Facsimile: (317) 964-2744
Email: mslade@plunkettcooney.com

Open.18766.01046.10380534-1



# State Bar of Michigan

## Certificate of Good Standing

This certifies that David A. Lerner, P44829 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on September 19, 1991 in Wayne County and became a member of the State Bar of Michigan on September 30, 1991.

Janet K. Welch, Executive Director
October 29, 2010

**EXHIBIT A**