UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MREF III PROPERTY II, L.L.C., | ) | Case No. 10-16001-BHL-11 |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

MREF III Property II, L.L.C., the debtor and debtor-in-possession (the "Debtor"), by counsel, pursuant to § 1112(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Fed.R.Bankr.P 1017, 2002 and 9006, respectfully moves for the dismissal of this bankruptcy case, and in support states:

1.  The Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on October 22, 2010 (the "Petition Date").  No trustee or examiner has been appointed in this case.  No committees have been appointed or designated.

2.  The Debtor is continuing in possession of its property and is operating its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.  On the Petition Date, the Debtor reasonably believed that it could successfully reorganize and could file a plan benefitting all creditors that would have a reasonable possibility of being confirmed.  However, negotiations with the Debtor's major secured creditor, U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust, 2007-MF1, Commercial Mortgage PassThrough Certificates, Series 2007-MF1, by and through CWCapital Asset Management LLC acting solely in its capacity as Special Servicer ("U.S. Bank as Trustee"), have not gone as anticipated and the Debtor now believes that dismissal would be in the best interests of creditors and the estate.

-2-

4.Accordingly, the Debtor respectfully requests that the Court dismiss this bankruptcy proceeding.

5.U.S. Bank as Trustee consents to the immediate dismissal of this bankruptcy case.

6.The Debtor further requests that the Court waive the 14-day period under Fed.R.Bankr.P 8002(a).

7.The Debtor consents to the immediate appointment of a receiver in the state court action pending in Marion County, Indiana under Cause No. 49D06-1001-CC-003861, and U.S. Bank as Trustee wishes to proceed with its state law remedies as soon as possible. Therefore, the Debtor requests that notice of this Motion be shortened and that this Motion be granted without a hearing unless any objection is timely filed. The Debtor further requests that this Motion be heard on shortened notice at a telephonic hearing on December 21, 2010 at 10:00 a.m. if any objection is timely filed. The Debtor is filing contemporaneously herewith a *Motion for Shortened Notice on Debtor's Motion to Dismiss Bankruptcy Case*.

WHEREFORE, the Debtor, by counsel, respectfully requests that the Court dismiss this bankruptcy case after shortened notice, and further requests all other just and proper relief.

Respectfully submitted,

DALE & EKE, P.C.


By:/s/ Erick P. Knoblock
Erick P. Knoblock
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, Indiana 46240
Tel: (317) 844-7400
Fax: (317) 574-9426
Email: eknoblock@daleeke.com
Attorneys for the Debtor

-2-

CERTIFICATE OF SERVICE

     I hereby certify that on December 9, 2010, a copy of the foregoing *Debtor's Motion to Dismiss Bankruptcy Case* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

     Jeannette Eisan Hinshaw
     *Jeannette.Hinshaw@usdoj.gov*

     Jay P. Kennedy
     *jpk@kgrlaw.com*

     David A. Lerner
     *dlerner@plunkettcooney.com*
     *nwinagar@plunkettcooney.com*

     Mary A. Slade
     *mslade@plunkettcooney.com*
     *abower@plunkettcooney.com*

     Matthew T. Smith
     *msmith@clarkhill.com*
     *tcrowell@clarhill.com*
     *kthomas@clarkhill.com*

     LaChelle D. Stepp
     *lstepp@steppjaffe.com*
     *lastepp@yahoo.com*

     U.S. Trustee
     *ustpregion10.in.ecf@usdoj.gov*

                                               /s/ Erick P. Knoblock
                                               Erick P. Knoblock

mre-100/dismiss.motion