UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
MREF III PROPERTY II, L.L.C.,   Case no. 10-16001-BHL-11

    Debtor.   Hon. Basil H. Lorch III
_____/

**RESPONSE TO DEBTOR'S MOTION
TO DISMISS BANKRUPTCY CASE**

COMES NOW U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust, 2007- MF1, Commercial Mortgage PassThrough Certificates, Series 2007-MF1, by and through CWCapital Asset Management, LLC acting solely in its capacity as Special Servicer (hereinafter referred to as U.S. Bank as Trustee) by and through one of its counsel, Plunkett Cooney, and files this its Response to the Debtor's Motion to Dismiss Bankruptcy Case and states as follows:

1.   The Debtor through an entity named "Creekwood Apartments Management" filed for Chapter 11 bankruptcy relief on October 22, 2010.  The Debtor failed to not only file its bankruptcy schedules of assets and liabilities, but also failed to file its statement of financial affairs, its corporate ownership statement, list of equity security holders, as well as the attorney disclosure of compensation.  These documents were originally due November 5, 2010.

2.   Over the objection of U.S. Bank as Trustee, this Court granted the Debtor's motion to extend time to file its required documents until December 6, 2010.

On December 6, 2010, rather than file its required documents, the Debtor filed yet another motion to extend time to file its required documentation. To date, the Debtor has failed to not only file its Schedules of Assets and Liabilities and Statement of Financial Affairs, its Corporate Ownership Statement, List of Equity Security Holders, the Attorney Disclosure Compensation but also has failed to file any monthly operating reports.

3.      The Debtor has enjoined the benefits of Chapter 11 by the automatic stay, but has woefully failed to comply with its duties as a Debtor. This Court has entered three Orders allowing the use of cash collateral. The current Order allowing use of cash collateral was entered by this Court on November 19, 2010, entered as docket no. 60. The Third Interim Order authorizing use of cash collateral, paragraph 4 ordered the Debtor to pay to U.S. Bank as Trustee the amount of $48,500.00 on or before December 15, 2010. The Debtor has failed to comply with this Court Order.

4.      In anticipation and preparation for the hearing on the Motion to Appoint Trustee, U.S. Bank as Trustee served Creekwood Apartments Management LLC with a subpoena. A copy of the subpoena is attached hereto as **Exhibit A**. The subpoena was served upon Creekwood Apartments Management LLC, both in Indianapolis as well as in Englewood, New Jersey as well as upon counsel for the Debtor. There was no objection to the subpoena prior to the date that the documents were to be produced, which was December 14, 2010. However, Creekwood Apartments Management LLC has failed to produce any documents required to be produced pursuant to the subpoena. The subpoena is a court order requiring production of documents.

5.      While U.S. Bank as Trustee welcomes the Debtor's Motion to Dismiss this

case and its consent to the immediate appointment of a receiver in the pending State Court action, U.S. Bank as Trustee requests that this Court order the Debtor to comply with this Court's Order of November 19, 2010 to pay U.S. Bank as Trustee the $48,500.00 that was ordered to have been paid on or before December 15, 2010 and to order Creekwood Apartments Management LLC to comply with the production of documents as ordered in the subpoena.

WHEREFORE U.S. Bank as Trustee respectfully prays that this Court Order the debtor to comply with this Court's Order of November 19, 2010 to pay U.S. Bank as Trustee the $48,500.00 previously ordered and to order Creekwood Apartments Management LLC to produce the documents required to be produced in the subpoena and for all other relief and just and proper.

Respectfully Submitted,

PLUNKETT COONEY

/S/DAVID A. LERNER
David A. Lerner (P44829 – Michigan)
38505 Woodward Ave – Suite 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
 Facsimile:  (248) 901-4040
  Email:  dlerner@plunkettcooney.com

Dated:  December 16, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2010 , a true and complete copy of this document was served by the Court's electronic filing system to the following parties or counsel of record, as well as any other parties or counsel of record in this matter:

Deborah Caruso, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: dcaruso@daleeke.com

Erick P. Knoblock, Dale & Eke
9100 Keystone Crossing, Suite 400, Indianapolis, IN 46240-2159
Email: eknoblock@daleeke.com;

U.S. Trustee, Office of the United States Trustee, 101 West Ohio St., Suite 1000, Indianapolis, IN 46204,
Email: ustpregion10.in.ecf@usdoj.gov

Jeannette Eisan Hinshaw, Office of the U.S. Trustee, 101 West Ohio St., Suite 1000, Indianapolis, IN 46204,
Email: jeannette.hinshaw@usdoj.gov

And mailed to the following via U.S. Mail, postage prepaid:

| | |
|---|---|
| Abraham Vaknin, Manager<br>Creekwood Apartments Management LLC<br>2100 Westlane Road<br>Indianapolis, IN 46260 | Abraham Vaknin, Manager<br>Creekwood Apartments Management LLC<br>PO Box 966<br>Englewood, NJ 07932 |

PLUNKETT COONEY

/S/DAVID A. LERNER
David A. Lerner (P44829 – Michigan)
38505 Woodward Ave – Suite 2000
Bloomfield Hills, MI  48304
Telephone:  (248) 901-4010
Facsimile:  (248) 901-4040
   Email:  dlerner@plunkettcooney.com

Open.18766.01046.10566906-1