**SO ORDERED: December 21, 2010.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MREF III PROPERTY II, L.L.C., | ) | Case No. 10-16001-BHL-11 |
| | ) | |
| Debtor. | ) | |

### ORDER DISMISSING BANKRUPTCY CASE

Upon the *Debtor's Motion to Dismiss Bankruptcy Case* (the "Motion") filed on December 9, 2010 by the Debtor, MREF III Property II, L.L.C. (the "Debtor"); finding that the Debtor has provided a copy of the Motion and notice of the telephonic hearing on the Motion upon the United States Trustee, all creditors, and all attorneys who have appeared in this bankruptcy case by expedited service; finding that a Response ("Response") to the Motion was filed by U.S. Bank, N.A., as Trustee for the Registered Holders of Countrywide Commercial Mortgage Trust, 2007- MF1, Commercial Mortgage PassThrough Certificates, Series 2007-MF1, by and through CWCapital Asset Management LLC acting solely in its capacity as Special Servicer ("U.S. Bank as Trustee"); finding that an Objection ("Objection") to the Motion was filed by City of Indianapolis, Department of Waterworks and Department of Public Works;

having reviewed the docket and noting that no other response or objection to the Motion has been filed with the Clerk or been made known to the Court; having conducted a telephonic hearing held on December 21, 2010 on the Motion, the Response and the Objection; no other parties having raised an objection to the Motion at the hearing; finding that good cause exists for the entry of this order on the Motion without further delay or notice; and being duly advised in the premises; the Court finds and it is hereby;

ORDERED:

1. Capitalized terms used in this Order but not otherwise defined herein, shall have the meanings given to them in the Motion.

2. The Motion was properly noticed to all creditors and parties-in-interest.

3. The Response and the Objection are overruled.

4. The Motion is granted.

5. This bankruptcy proceeding is hereby dismissed.

6. The 14-day period under Fed.R.Bankr.P 8002(a) is hereby waived, and U.S. Bank as Trustee is authorized to proceed with the immediate appointment of a receiver in the state court action pending in Marion County, Indiana under Cause No. 49D06-1001-CC-003861, without delay.

###